UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Case No.: 20-CV-05735(GRB)(AKT)
DAVID FRANCO, individually and on behalf of
Those individuals similarly situated,

                              Plaintiff,

   -against

BRUNSWICK HOSPITAL CENTER, INC.,                   **NOTICE OF**
                                                                        **APPEARANCE**

                              Defendant.
------------------------------------------------------------------X

TO:    The Clerk of Court and all Parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Brunswick Hospital Center, Inc.

Dated: East Meadow, New York
         January 13, 2021

                                                                             CERTILMAN BALIN ADLER & HYMAN, LLP

                                                           By: /s/ *Douglas E. Rowe*
                                                                         Douglas E. Rowe, Esq.
                                                              *Attorneys for Defendant*
                                                              90 Merrick Avenue, 9th Fl.
                                                             East Meadow, NY 11554
                                                             (516) 296-7000
                                                             dgargano@certilmanbalin.com

7312557.1