UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FRANCO, individually and on behalf of those individuals similarly situated,<br><br>                                     Plaintiff,<br><br>- against -<br><br>BRUNSWICK HOSPITAL CENTER, INC.<br><br>                                     Defendant. | Case No.: 20-cv-5735 (GRB) (AKT) |

       PLEASE TAKE NOTICE that Plaintiff, DAVID FRANCO, hereby accepts the offer of judgment made by Defendant, BRUNSWICK HOSPITAL CENTER, INC., pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated October 29, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: October 29, 2021
       Bohemia, New York

                                                      ZABELL & COLLOTTA, P.C.
                                                      *Attorneys for Plaintiff*

                                     By: _/s/ Ryan Eden_____
                                                  Ryan M. Eden, Esq.
                                                  1 Corporate Drive, Suite 103
                                                  Bohemia, New York 11716
                                                  Tel.: (631) 589-7242
                                                  Fax: (631) 563-7475
                                                  REden@laborlawsny.com