**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DAVID FRANCO, individually and on behalf of
those individuals similarly situated,

      Plaintiff,

  - against -            **JUDGMENT**
                  CV 20-5735 (GRB) (JMW)

BRUNSWICK HOSPITAL CENTER, INC.,

      Defendant.
----------------------------------------------------------------X

   A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on October

29, 2021, accepting Defendant's October 29, 2021 offer to allow entry of judgment against it in

the amount of $15,000.00, inclusive of all unpaid wages, compensatory damages, statutory

damages, liquidated damages, interest, attorney's fees, costs and expenses and in satisfaction of

any and all of Plaintiff's claims for relief in this action, it is

   **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff David

Franco and against Defendant Brunswick Hospital Center, Inc., in the amount of $15,000.00,

inclusive of all unpaid wages, compensatory damages, statutory damages, liquidated damages,

interest, attorney's fees, costs and expenses and in satisfaction of any and all of Plaintiff's claims

for relief in this action; and that this case is closed.


Dated: November 16, 2021
    Central Islip, New York

               DOUGLAS C. PALMER
               CLERK OF THE COURT
          By: /s/ James J. Toritto
               Deputy Clerk